UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 25-61757-CIV-DIMITROULEAS/HUNT

GABRIEL SALDARRIAGA,

        Plaintiff,

v.

CITIBANK, N.A., et al.,

        Defendants.
_____/

## **REPORT AND RECOMMENDATION**

THIS CAUSE is before this Court on Defendant Citibank, N.A.'s Motion to Compel Arbitration, ECF No. 24.  The Honorable William Dimitrouleas, United States District Judge, referred the Motion and all pre-trial discovery motions in this case to the undersigned United States Magistrate Judge.  ECF Nos. 25; 29; *see* 28 U.S.C. § 636(b); S.D. Fla. Mag. R. 1.  Defendant Citibank, N.A., and Plaintiff Gabriel Saldarriaga have agreed to arbitrate the instant claims.  *See* ECF No. 32.  For the reasons set forth above, the undersigned hereby RECOMMENDS that the Motion to Compel Arbitration, ECF No. 24, be GRANTED and that these proceedings be stayed during arbitration, as agreed to and as to Citibank, N.A. only.

Within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this district.  28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(b).  The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the district court's order based on

unobjected-to factual and legal conclusions contained in this Report and Recommendation.  11th Cir. R. 3-1 (2016); *see Thomas v. Arn*, 474 U.S. 140 (1985).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 10th day of December 2025.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable William Dimitrouleas
Counsel of record