UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61757-CIV-DIMITROULEAS

GABRIEL SALDARRIAGA,

    Plaintiff,

vs.

CITIBANK, N.A., et al.,

    Defendant.

_____/

### ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION, STAY PROCEEDINGS AS TO DEFENDANT CITIBANK, N.A.,

THIS CAUSE is before the Court upon Defendant Citibank, N.A.'s Motion to Compel Arbitration, [DE 24] and the December 10, 2025, Report and Recommendation of United States Magistrate Judge Patrick M. Hunt (the "Report") [DE 36]. The Report, recommending granting Defendant Citibank N.A.'s motion, is based upon an agreement between Citibank, N.A. and Plaintiff to submit to arbitration.

The Magistrate Judge's factual findings in the Report [DE 36] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). In addition, the Court has conducted a *de novo* review of the Report [DE 36] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 36] is hereby **ADOPTED** and **APPROVED**;

2. Defendant Citibank, N.A.'s Motion to Compel Arbitration [DE 24] is **GRANTED;**

3. Plaintiff and Defendant Citibank, N.A. are **COMPELLED** to arbitrate the claims Plaintiff pled in the Complaint;

4. This action is hereby **STAYED** pending arbitration as to Defendant Citibank, N.A. **ONLY**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 11th day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record
Magistrate Judge Hunt