UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61757-CIV-DIMITROULEAS

GABRIEL SALDARRIAGA,

     Plaintiff,

vs.

CITIBANK, N.A., et al.,

     Defendants.

_____/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING CERTAIN DEFENDANTS OPPOSED MOTION TO STAY PENDING ARBITRATION**

THIS CAUSE is before the Court upon Certain Defendants Opposed Motion to Stay Pending Arbitration [DE 39] (the "Motion"), filed by Defendants Experian Information Solutions, Inc., Trans Union, LLC, and Equifax Information Services, Inc. on December 12, 2025, and the March 6, 2026, Report and Recommendation of United States Magistrate Judge Patrick M. Hunt (the "Report") [DE 52].

The Court notes that no objections to the Report [DE 52] have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 52] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 52] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

However, since the filing of the motion, parties have stipulated to the dismissal of defendants Experian Information Solutions, Inc. and  Trans Union, LLC, and they have been dismissed from the case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Report [DE 52] is hereby **ADOPTED** and **APPROVED**;

2.  Certain Defendants Opposed Motion to Stay Pending Arbitration [DE 39] is

    **GRANTED** as follows:

    a.  This action is hereby **STAYED** as to all remaining defendants, pending

        arbitration of the claims between Plaintiff and Citibank, N.A.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 23rd day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record
Magistrate Judge Hunt